NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-1567

GUERRY GREEN,

Plaintiff-Appellant,

v.

SNAVELY FOREST PRODUCTS CO.,

Defendant-Appellee.

## Judgment

ON APPEAL from the     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

In CASE NO(S).     02-CV-3440

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and LINN, Circuit Judge).

AFFIRMED. See Fed. Cir. R. 36.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 3 2007

JAN HORBALY
CLERK

DATED  MAY 0 3 2007

ENTERED BY ORDER OF THE COURT

Jan Horbaly, Clerk